MELVIN KAUFMAN, Respondent, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant.— Determination unanimously reversed and the judgment of the Municipal Court affirmed, with costs in this court and in the Appellate Term to the defendant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY HYMAN, Respondent, v. TRAILERSHIPS, INC., Appellant, et al., Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TRILEX REALTY CORPORATION, Appellant, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

## (March 23, 1944.)

In the Matter of JULIUS CORN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J. Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 832.]

In the Matter of SALVATORE CUBISINO, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of DAVID I. KAPLAN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of USHER SOLOMON, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JACOB J. HELLER, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.